IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00149–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGES NAJJAR,

    Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 16, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is May 9, 2008. All responses shall be filed by May 16, 2008. A hearing on the motions, if necessary, is set for **May 30, 2008**, at 11:00 o'clock a.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 3:45 o'clock p.m. on Friday, **June 6, 2008**. The deadline for submitting the plea agreement and statement of facts

1

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, June 4, 2008.

Dated: April 11, 2008