IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00149-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Georges Najjar ,

    Defendant.

---

ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED at Denver, Colorado, this 10th day of December, 2008.

                          BY THE COURT:

                          By: s/Lewis T. Babcock
                             UNITED STATES DISTRICT JUDGE
                             DISTRICT OF COLORADO