**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  08-cr-00149-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GEORGES NAJJAR,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that a further status hearing regarding Defendant Najjar is set **Thursday, November 12, 2009 at 8:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      A tentative change of plea hearing regarding Defendant Najjar is set **Wednesday, November 25, 2009 at 10:00 a.m.**

Dated:  November 5, 2009