**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  08-cr-00149-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GEORGES NAJJAR,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      As a result of the filing of Defendant's Notice of Disposition (Doc 89 - filed November 6, 2009), the status hearing regarding Defendant Najjar set **Thursday, November 12, 2009 at 8:00 a.m. is VACATED.**

      The change of plea hearing regarding Defendant Najjar is set **Wednesday, November 25, 2009 at 10:00 a.m.**

Dated:  November 10, 2009