# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00149-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGES NAJJAR,

    Defendant.

_____

# ORDER
_____

    THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b), and the Court having considered the same,

    IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level this  20th  day of  January , 2010.

                                BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK
                              District Court Judge